918

No. 714, Misc. MUNKELWITZ v. HENNEPIN COUNTY WELFARE DEPARTMENT. Sup. Ct. Minn. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Harlan E. Smith* for petitioner. *George M. Scott* and *Henry W. McCarr* for respondent. Reported below: 276 Minn. 554, 150 N. W. 2d 24.